674 A.2d 672

**Timothy Todd TERWILLIGER, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 16, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 16th day of April, 1996, as a direct appeal, the action is quashed; the matter is treated as a petition for allowance of appeal and denied.